UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FLETCHER, et al., <br>     Plaintiffs, <br> v. <br> BAGHRI HOTELS INC, et al., <br>     Defendants. | Case No. 23-cv-03411-JCS <br><br> **ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF CALIFORNIA** |

This case was transferred to the Northern District of California from the District of New Jersey pursuant to 28 U.S.C. § 1391(b)(2) on the basis that a substantial part of the events or omissions giving rise to the action occurred in Rocklin, CA 95677. The undersigned has reviewed the Complaint and agrees with the district judge in New Jersey that a substantial part of the events or omissions giving rise to the action occurred in Rocklin, California. Rocklin is located in Placer County, California, which is in the Eastern District of California. There is no connection to the Northern District of California apparent from the face of the Complaint. Therefore, this action shall be transferred to the Eastern District of California pursuant to 28 U.S.C. § 1391(b)(2).

Dated: July 18, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge